Colt v. Miller.

MORGAN G. COLT et al., appellants,

*v.*

ELIAS N. MILLER, administrator, &c., respondent.

*Messrs. Bedle, Muirhead & McGee, Mr. Ashbel Green* and *Mr. B. Williamson,* for appellants.

*Messrs. C. & R. W. Parker,* for respondent.

PER CURIAM.

This decree unanimously affirmed for reasons given by the chancellor in the case below, *5 Stew. Eq. 6.*

---

MARGARET CRATER et al., appellants,

*v.*

JACOB WELSH, executor, respondent.

*Mr. A. Q. Keasbey,* for appellants.

*Mr. Alfred Mills,* for respondent.

PER CURIAM.

This decree unanimously affirmed for reasons given by the chancellor in the case below, *5 Stew. Eq. 177.*

---

DANIEL F. TOMPKINS and wife, appellants,

*v.*

DAVID CAMPBELL, respondent.

*Mr. Fred. Adams,* for appellants.

*Mr. Elwood C. Harris,* for respondent.

PER CURIAM.

This decree unanimously affirmed for reasons given by the chancellor in the case below, *5 Stew. Eq. 170.*